Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is attached)*

| | |
|---|---|
| **Offender Name:** | Alonzo Tyrone MCCLAIN |
| **Docket Number:** | 2:12CR00202-01 |
| **Offender Address:** | Oakland, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 08/29/2000 (Northern District of California) |
| **Original Offense:** | 21 USC 841(a)(1) - Possession of Heroin with Intent to Distribute (CLASS C FELONY); 18 USC 922(g)(1) - Felon in Possession of a Firearm (CLASS C FELONY) |
| **Original Sentence:** | 151 months custody Bureau of Prisons; 36 months Supervised Release; $200 special assessment. |
| **Special Conditions:** | 1) Drug and alcohol treatment, testing and co-payment; 2) Search; 3) No firearms. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/27/2011 |
| **Assistant U.S. Attorney:** | To be determined    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be determined    **Telephone:** (916) 498-5700 |

**RE:** Alonzo Tyrone MCCLAIN
    Docket Number:  2:12CR00202-01
    <u>PETITION TO MODIFY THE CONDITIONS OR TERM</u>
    <u>OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

**Other Court Action:**

<u>05/17/2012:</u> Prob12A1 Report of Offender Non-Compliance filed with the Northern District of California, advising the offender tested positive for cocaine on January 12, 2012.  The court was notified and no further judicial action was recommended or taken.

<u>06/04/2012</u>: Transfer of Jurisdiction from the Northern District of California, to the Eastern District of California.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

4.  The defendant shall participate in a Cognitive Behavioral Treatment program, as directed by the probation officer.

**Justification:**  The probation officer is requesting a  modification of the offender's conditions to include an approved cognitive behavioral therapy program in order to address the offender's poor decision-making.

The offender pled guilty in the Northern District of California to drug and firearms-related offenses.  He was sentenced to 151 months imprisonment, to be followed by 3 years supervised release.  The offender released to our district on May 31, 2011.

**RE:**   Alonzo Tyrone MCCLAIN
       Docket Number:  2:12CR00202-01
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER

In February 2012, the offender submitted a diluted urine sample, but since that time, he has submitted all negative urine samples.  He participated in drug and alcohol testing and counseling on a weekly basis.  In October 2012, the offender was terminated from drug counseling for successful compliance, but remained in drug testing at a rate of once per month.  He had stable employment and was moving forward in his life.

On February 28, 2013, a random urine sample was collected from the offender.  The sample returned positive for cocaine.  On March 19, 2013, he reported to the probation office and was confronted about his drug use.  The offender immediately denied any new drug use, but later admitted he relapsed.  Although he has the proper techniques to avoid relapse, his poor decision-making interferes with his ability to remain sober.  Therefore, the probation officer recommends the offender complete an approved cognitive behavioral therapy program.  Cognitive behavioral therapy is designed to enhance the offender's critical thinking and promote growth of a positive identity.  I discussed the option of an approved cognitive behavioral therapy program with the offender, and he is amenable to participation in the program.  He signed the Probation Form 49 - Waiver of Hearing to Modify Conditions, which is attached.

RE:   Alonzo Tyrone MCCLAIN
      Docket Number: 2:12CR00202-01
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

/s/ Brenda Barron-Harrell

**BRENDA BARRON-HARRELL**
**United States Probation Officer**
Telephone: (916) 930-4397

DATED:   April 1, 2013
         Sacramento, California
         BBH/sg

REVIEWED BY:   /s/ Michael A. Sipe
               **MICHAEL A. SIPE**
               **Supervising United States Probation Officer**

---

THE COURT ORDERS:

( x )   Modification approved as recommended.

Date: April 10, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
      To Be Determined, Assistant United States Attorney
      To Be Determined, Assistant Federal Defender
      Defendant
      Court File